# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carolyn L. Trieber,                               Civil No. 08-3087 (RHK/JSM)

          Plaintiff,                       **DISQUALIFICATION AND**
                                                  **ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, Wyeth
Pharmaceuticals, Inc.,

          Defendants.


     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  June 27, 2008

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge